**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**


**JOHN THOMAS SCOTT, #71995**                                                    **PETITIONER**

**v.**                               **No. 3:07CV101-P-A**

**CHRISTOPHER EPPS, ET AL.**                                                  **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DENIED.**


**SO ORDERED,** this the 6th day of November, 2008.


                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE