**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JOHN THOMAS SCOTT, #71995**                                **PETITIONER**

**v.**                                **No. 3:07CV101-P-A**

**CHRISTOPHER EPPS, ET AL.**                                **RESPONDENTS**

**ORDER DENYING PETITIONER'S MOTION
FOR RELIEF FROM JUDGMENT OR ORDER**

This matter comes before the court on the petitioner's motion for reconsideration of the court's November 6, 2008, memorandum opinion and final judgment denying the instant petition for a writ of *habeas corpus*. The court interprets the motion, using the liberal standard for *pro se* litigants set forth in *Haines v. Kerner*, 404 U.S. 519 (1972), as a motion for relief from a judgment or order under FED. R. CIV. P. 60. An order granting relief under Rule 60 must be based upon: (1) clerical mistakes, (2) mistake, inadvertence, surprise, or excusable neglect, (3) newly discovered evidence, (4) fraud or other misconduct of an adverse party, (5) a void judgment, or (6) any other reason justifying relief from the operation of the order.

The petitioner has neither asserted nor proven any of the specific justifications for relief from an order permitted under Rule 60. In addition, the petitioner has not presented "any other reason justifying relief from the operation" of the judgment. As such, the petitioner request for reconsideration is **DENIED.**

**SO ORDERED,** this the 8th day of May, 2009.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE